UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                              Case No. 2:11-cr-45

ERIK CHRISTOPHER SMALL,          HON. TIMOTHY P. GREELEY

    Defendant(s).
                                      /

## ORDER OF DETENTION

Defendant appeared before the undersigned on February 27, 2012, for an initial appearance and arraignment on a Class A Misdemeanor Information alleging three counts of Purchasing More Than Nine Grams of Pseudoephedrine Base in a 30 Day Period. At the hearing, the government indicated it had filed a motion for detention, to which the defendant indicated he did not object at that time. Accordingly, the defendant was detained pending further proceedings but reserved the right to request a hearing at a later date.

Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: March 7, 2012                /s/ Timothy P. Greeley
                                            TIMOTHY P. GREELEY
                                            UNITED STATES MAGISTRATE JUDGE